**Opinion issued October 31, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-23-00491-CV**

———————————

**ROY J. ELIZONDO, III AND ROY J. ELIZONDO III, PLLC, Appellants**

**V.**

**CADENCE BANK, Appellee**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-65226**

---

**MEMORANDUM OPINION**

The parties have filed an agreed motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Rivas-Molloy, and Guerra.